UNITED STATES DISTRICT COURT  SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
**ENTERED**
May 04, 2017
David J. Bradley, Clerk

| | |
|---|---|
| Richard Woosley, § § Plaintiff, § § versus § § CSL Plasma, Inc., § § Defendant. § | Civil Action H-16-2940 |

## Final Dismissal

1. On agreement of the parties, this case is dismissed with prejudice.

2. Each party bears its own costs.

Signed on May 4, 2017, at Houston, Texas.

Lynn N. Hughes
United States District Judge